**June CARABELL, et al., Plaintiffs–Appellants,**

v.

**UNITED STATES ARMY CORPS OF ENGINEERS, et al., Defendants–Appellees.**

No. 03–1700.

United States Court of Appeals, Sixth Circuit.

Feb. 12, 2007.

BEFORE: BATCHELDER and GIBBONS, Circuit Judges; STAFFORD,* District Judge.

**ORDER REMANDING CASE TO THE DISTRICT COURT WITH IN-STRUCTIONS TO REMAND TO THE ARMY CORPS OF ENGI-NEERS**

Following the Supreme Court's decision in the consolidated cases of *Rapanos v. United States and Carabell v. United States Army Corps of Engineers,* —— U.S. ——, 126 S.Ct. 2208, 165 L.Ed.2d 159 (2006), we REMAND this case to the district court with instructions to remand to the Army Corps of Engineers for further proceedings consistent with the Supreme Court's decision in *Rapanos.*